[No. 10946–8–II.  Division Two.  April 27, 1989.]

*In the Matter of the Marriage of* KAREN STREICH,
*Respondent, and* WAYNE STREICH,
*Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 85–3–03582–7, Waldo F. Stone, J., entered March 26, 1987. *Reversed* by unpublished opinion per Alexander, C.J., concurred in by Petrich and Reed, JJ.

[No. 10588–8–II.  Division Two.  April 28, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. TOMAS
MARCIAL–ECHEVARRIA, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 86–1–01113–9, E. Albert Morrison, J., entered December 16, 1986. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrich, A.C.J., and Worswick, J.

[No. 10112–2–II.  Division Two.  April 28, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. TIMOTHY
MILTON SHELDON, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 86–1–00085–0, Alan R. Hallowell, J., entered June 12, 1986. *Affirmed* by unpublished opinion per Reed, J., concurred in by Alexander, C.J., and Petrich, J.

[No. 10933–6–II.  Division Two.  April 28, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. NADINE RAE
FORSLUND, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 86–1–00439–1, Milton R. Cox, J., entered April 2, 1987. *Affirmed* by unpublished per curiam opinion.